Ryan J. Lorenz, #8165
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone:  (480) 684-1100
Facsimile:  (480) 684-1199
Email:  rlorenz@clarkhill.com

Andre Lagomarsino, #6711
**PARKER SCHEER LAGOMARSINO**
610 South 7th Street
Las Vegas, Nevada 89101
Telephone:  (702) 383-2864
Facsimile:  (702) 383-0065
Email:  andre@parkerscheer.com

Attorneys for Plaintiff Federal Home Loan Mortgage Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LANTANA-FOUNTAINS, LLC, an Oregon limited liability company; et al.;<br><br>Defendants. | Case No. 2:10-cv-01303-PMP-GWF<br><br>**ORDER DISCHARGING RECEIVER** |

   This matter came before the court on the motion to discharge receiver (doc. 30) filed by Plaintiff Federal Home Loan Mortgage Corporation ("Freddie Mac"). Good cause appearing, IT IS ORDERED:

   1. Granting Freddie Mac's motion discharging GREP Southwest, LLC dba Greystar, the Court-appointed receiver ("Receiver").

6868673.1 18133/135747

2. Confirming Freddie Mac's right of possession of the property located at 6501 West Charleston Boulevard and 1200 S. Torrey Pines Drive, Las Vegas, Nevada, legally described as follows:

PARCEL I:

GOVERNMENT LOT SEVEN (7) OF SECTION 2, TOWNSHIP 21 SOUTH, RANGE 60 EAST, M.D.B. & M.

EXCEPTING THEREFROM THE INTEREST IN AND TO THE NORTH FIFTY (50.00) FEET AS CONVEYED TO COUNTY OF CLARK FOR ROAD PURPOSES BY DEED RECORDED NOVEMBER 25, 1974 IN BOOK 476 AS DOCUMENT NO. 435894, CLARK COUNTY, NEVADA RECORDS.

PARCEL II:

GOVERNMENT LOT SEVENTEEN (17) OF SECTION 2, TOWNSHIP 21 SOUTH, RANGE 60 EAST, M.D.B. & M.

EXCEPTING THEREFROM THE WEST THIRTY (30.00) FEET; TOGETHER WITH A SPANDREL AREA IN THE NORTHEAST CORNER OF THE INTERSECTION OF REDWOOD STREET AND DEL REY AVENUE, BOUNDED AS FOLLOWS:

ON THE WEST BY THE EAST LINE OF THE WEST THIRTY (30.00) FEET THEREOF;
ON THE SOUTH BY THE NORTH LINE OF THE SOUTH THIRTY (30.00) FEET THEREOF;
AND ON THE NORTHEAST BY THE ARC OF A CURVE CONCAVE SOUTHWESTERLY, HAVING A RADIUS OF FIFTEEN (15.00) FEET AND BEING TANGENT TO THE EAST LINE OF SAID WEST THIRTY (30.00) FEET, AS CONVEYED TO THE COUNTY OF CLARK FOR ROAD PURPOSES BY DEED RECORDED JULY 10, 1979 IN BOOK 1083 AS DOCUMENT NO. 1042992 OF OFFICIAL RECORDS.

PARCEL III:

GOVERNMENT LOT EIGHTEEN (18) OF SECTION 2, TOWNSHIP 21 SOUTH, RANGE 60 EAST, M.D.B. & M.

EXCEPTING THEREFROM THE SOUTH THIRTY (30.00) FEET AS CONVEYED TO THE COUNTY OF CLARK FOR ROAD PURPOSES BY DEED RECORDED JULY 10, 1979 IN BOOK 1083 AS DOCUMENT NO. 1042992 OF OFFICIAL RECORDS.

PARCEL IV:

A NON-EXCLUSIVE DRAINAGE EASEMENT AS SET FORTH IN THAT CERTAIN "DECLARATION OF DRAINAGE EASEMENT" RECORDED FEBRUARY 9, 2000, IN BOOK 20000209 AS DOCUMENT NO. 01167, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AS APPURTENANT TO PARCELS I-A, I-B AND I-C HEREINABOVE.

PARCELS I, II, AND III ARE MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF GOVERNMENT LOT SEVENTEEN (17) IN SECTION 2, TOWNSHIP 21 SOUTH, RANGE 60 EAST, M.D.B. & M., SAID POINT BEING THE CENTERLINE INTERSECTION OF DEL RAY AVENUE AND REDWOOD STREET;
THENCE ALONG THE CENTERLINE OF DEL RAY AVENUE, NORTH 88°53'55" EAST 659.13 FEET;
THENCE NORTH 03000'21" WEST 30.02 FEET TO A POINT ON THE NORTHERLY RIGHT OF WAY LINE OF DEL RAY AVENUE, SAID POINT BEING THE TRUE POINT OF BEGINNING;
THENCE ALONG SAID NORTHERLY RIGHT OF WAY LINE, SOUTH 88°53'55" WEST 614.52 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 15.00 FEET;
THENCE WESTERLY, NORTHWESTERLY AND NORTHERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 88°12'27" AN ARC DISTANCE OF 23.09 FEET TO A POINT ON THE EASTERLY RIGHT OF WAY LINE OF REDWOOD STREET;

6868673.1 18133/135747

THENCE ALONG SAID EASTERLY RIGHT OF WAY LINE, NORTH 02°53'38" WEST 637.10 FEET;
THENCE LEAVING SAID EASTERLY RIGHT OF WAY LINE, NORTH 88°47'27" EAST 298.87 FEET;
THENCE NORTH 02°56'59" WEST 624.26 FEET TO A POINT ON THE SOUTHERLY RIGHT OF WAY LINE OF CHARLESTON BOULEVARD;
THENCE ALONG SAID SOUTHERLY RIGHT OF WAY LINE, NORTH 89°29'19" EAST 328.41 FEET;
THENCE LEAVING SAID SOUTHERLY RIGHT OF WAY LINE, SOUTH 03°00'21" EAST 1,273.14 FEET TO THE POINT OF BEGINNING.
(APN 163-02-104-004)

("Charleston Parcels"); and:

PARCEL I:

GOVERNMENT LOT NINETEEN (19) IN SECTION 2, TOWNSHIP 21 SOUTH, RANGE 60 EAST, M.D.B. & M.

EXCEPTING THEREFROM THAT PORTION AS CONVEYED TO CLARK COUNTY BY DEED RECORDED JULY 10, 1979, IN BOOK 1083 AS DOCUMENT NO. 104992 OF OFFICIAL RECORDS.

PARCEL II:

GOVERNMENT LOT TWENTY (20) IN SECTION 2, TOWNSHIP 21 SOUTH, RANGE 60 EAST, M.D.B. & M.

EXCEPTING THEREFROM:

THE INTEREST IN AND TO THE NORTH 30.00 FEET AND EAST 40.00 FEET AND THE SOUTH THIRTY FEET TOGETHER WITH THAT SPANDREL AREA DESCRIBED BELOW AS CONVEYED TO THE COUNTY OF CLARK FOR ROAD PURPOSES BY DEED RECORDED JULY 7, 1977 IN BOOK 760 AS DOCUMENT NO. 719160 AND RE-RECORDED AUGUST 3, 1977 IN BOOK 771 AS DOCUMENT NO. 730573 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM A SPANDREL AREA IN THE NORTHEAST CORNER THEREOF, BEING THE

4

SOUTHWEST CORNER INTERSECTION OF HOLMBY AVENUE AND TORREY PINES DRIVE, BOUNDED AS FOLLOWS:

ON THE NORTH SIDE OF THE SOUTH LINE OF THE NORTH 30.00 FEET, ON THE EAST SIDE BY THE WEST LINE OF THE EAST 40.00 FEET AND ON THE SOUTHWESTERLY SIDE BY THE ARC OF A CURVE CONCAVE TO THE SOUTHWEST HAVING A RADIUS OF 20.00 FEET, THAT IS TANGENT TO THE SOUTH LINE OF SAID NORTH 30.00 FEET AND TANGENT TO THE WEST LINE OF SAID EAST 40.00 FEET;

ALSO TOGETHER WITH A SPANDREL AREA IN THE SOUTHEAST CORNER THEREOF BEING THE NORTHWEST CORNER OF THE INTERSECTION OF TORREY PINES DRIVE AND DEL RAY AVENUE, BOUNDED AS FOLLOWS:

ON THE EAST SIDE BY THE WEST LINE OF THE EAST 40.00 FEET, ON THE SOUTH SIDE BY THE NORTH LINE OF THE SOUTH 30.00 FEET AND ON THE NORTHEASTERLY SIDE BY THE ARC OF A CURVE CONCAVE TO THE NORTHEAST HAVING A RADIUS OF 20.00 FEET THAT IS TANGENT TO THE WEST LINE OF SAID EAST 40.00 FEET AND TANGENT TO THE NORTH LINE OF SAID SOUTH 30.00 FEET.

PARCELS I AND II ARE MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF GOVERNMENT LOT NINETEEN (19) IN SECTION 2, TOWNSHIP 21 SOUTH, RANGE 60 EAST, M.D.B. & M.;

THENCE NORTH $88°47'27"$ EAST 617.72 TO A POINT ON THE WESTERLY RIGHT OF WAY LINE OF TORREY PINES DRIVE;

THENCE ALONG SAID WESTERLY RIGHT OF WAY LINE, SOUTH $03°07'08"$ EAST 633.35 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHWESTERLY AND HAVING A RADIUS OF 20.00 FEET;

5

> THENCE SOUTHERLY, SOUTHWESTERLY AND WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 92°01'03" AN ARC DISTANCE OF 32.12 FEET TO A POINT ON THE NORTHERLY RIGHT OF WAY LINE OF DEL RAY AVENUE;
>
> THENCE ALONG SAID NORTHERLY RIGHT OF WAY LINE, SOUTH 88°53'55" WEST 598.33 FEET;
>
> THENCE LEAVING SAID NORTHERLY RIGHT OF WAY LINE, NORTH 30°00'21" WEST 652.86 FEET TO THE POINT OF BEGINNING.
> (APN 163-02-104-007)

("Torrey Pines Parcels").[1]

3. Directing the Receiver to tender possession of all property, real and personal, presently in the Receiver's possession or which the Receiver is entitled to possess under the terms of the Court's order appointing a receiver (doc. 23), to Freddie Mac.

4. Directing the Receiver to file a final report on or before February 21, 2011, disclosing all receipts and expenditures of the Receiver and a summary of the Receiver's activities at the Property.

IT IS FURTHER ORDERED, that any party may object to the final report of the Receiver on or before March 4, 2011. If no objections are filed, the Receiver's report shall be approved by the Court and the Receiver's bond shall be exonerated without further order of the court.

IT IS FURTHER ORDERED, vacating the hearing set for January 18, 2011. The Court will set a hearing on any objections to the Receiver's final report, if necessary.

---

[1] Collectively, the Charleston Parcels and the Torrey Pines Parcels are referred to as the "Property."

6868673.1 18133/135747

1
2      DATED this 14th day of January, 2011.
3
4                                          _____
5                                          Philip M. Pro
                                           United States District Court Judge
6
7
8
...
28

7